UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIER KEAND'E GARDNER,

                Plaintiff,

   v.

WHATCOM COUNTY, et al.,

                Defendants.

Case No. C19-1451-MJP-MLP

ORDER RE: PLAINTIFF'S MOTION
TO FILE AN OVER-LENGTH BRIEF

     This is a 42 U.S.C. § 1983 prisoner civil rights action. Currently pending before the Court is Plaintiff's Motion to File an Over-Length Brief pursuant to Local Rule 7(f) ("Plaintiff's Motion"). (Dkt. # 38.) Plaintiff requests that the Court grant Plaintiff leave to file a 32-page response brief to Defendants' Motion for Summary Judgment ("Defendants' Motion), which is in excess of the 24-page limit established by Local Rule 7(e)(3) for a response to a motion for summary judgment. (*Id.* at 1-2.) Plaintiff argues that leave is warranted because Plaintiff must handwrite his brief, Plaintiff does not have access to a typewriter, and Defendants' Motion presents complex issues. (*Id.*)

     Plaintiff's Motion was noted by Plaintiff to be heard on June 12, 2020. (*See* Dkt. # 38.) However, pursuant to Local Rule 7(d)(1), motions to file an over-length brief are to be noted on

ORDER RE: PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH BRIEF- 1

1  the same day they are filed. Accordingly, having reviewed Plaintiff's Motion, the balance of the
2  record, and finding good cause, the Court hereby ORDERS:
3    (1)  Plaintiff's Motion (dkt. # 38) is GRANTED. Plaintiff is granted leave to file an
4  over-length response brief with an additional eight (8) pages, for a total of 32 pages. Pursuant to
5  Local Rule 7(f)(4), Defendants are permitted to file a reply brief with an additional four (4)
6  pages, for a total of 16 pages.
7    (2)  The Clerk is directed to send copies of this order to the parties and to the
8  Honorable Marsha J. Pechman.
9  Dated this 2nd day of May, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER RE: PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH BRIEF - 2